UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Cherrie Adams, et al.,

        Plaintiffs,　　　　　　　　　Civil No. 08-6037 (RHK/RLE)

vs.

**ORDER**

AstraZeneca Pharmaceuticals, LP, et al.,

        Defendants.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  November 25, 2008

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge